# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| BERNARD PITTERMAN et al., | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:14–cv–967 (JCH) |
| v. | : | |
| | : | JULY 4, 2017 |
| GENERAL MOTORS LLC, | : | |
| Defendant. | : | |

## DEPOSITION DESIGNATION RULING RE: DEPOSITION OF JAMES O'CONNOR[1]

| PAGE / LINE | OBJECTION[2] |
|:---:|:---:|
| 5/3 – 7/19 | O/R |
| 7/20 – 7/24 | SUST. |
| 8/20 – 9/7 | O/R |
| 9/23 – 10/4 | O/R |
| 10/5 – 11/8 | O/R |
| 11/16 – 15/19 | O/R |
| 16/2 – 17/9 | O/R |
| 17/22 – 19/17 | SUST. |
| 19/18 – 20/25 | O/R |
| 33/15 – 34/9 | O/R |
| 34/23 – 36/6 | O/R |

---

[1] As to each Rule 403 objection, the court weighed the probative value of the deposition testimony against any prejudicial effect.  If the objection was overruled, the court in overruling the objection found the probative value outweighed the prejudicial effect.

[2] The shorthand "O/R" indicates that the objection to the testimony identified in Column One was overruled.  The shorthand "SUST." indicates that the objection was sustained.

| 36/13 – 36/25 | SUST. |
|---|---|
| 37/13 – 38/4 | O/R |
| 38/14 – 39/8 | SUST. |
| 40/5 – 53/4 | SUST. |
| 53/5 – 53/25 | The court understands defendant withdrew its objection and has now counter-designated. Therefore, no ruling is necessary. |
| 54/1 – 54/21 | SUST. |
| 66/4 – 78/21 | SUST. |

**SO ORDERED**.

Dated at New Haven, Connecticut this 4th day of July, 2017.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge