# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of January, two thousand and nineteen.

Before:     Debra Ann Livingston,
                *Circuit Judge.*

_____

| | |
|---|---|
| Bernard Pitterman, Administrator of the Estate of Margaret Rose O'Connor and Guardian of the Estate of Grant O'Connor, Rose O'Connor, | **ORDER**<br><br>Docket No. 18-1498 |
|         Plaintiffs - Appellees, | |
| v. | |
| General Motors LLC, | |
|         Defendant - Appellant. | |

_____

     The parties jointly move, pursuant to Fed. R. App. P. 12.1(b), for limited remand of this case to the district court for the purpose of vacating the judgment, verdict, and orders on appeal in aid of settlement.

     IT IS HEREBY ORDERED that the motion is GRANTED.

                                                      For the Court:

                                                      Catherine O'Hagan Wolfe,
                                                      Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON JANUARY 14, 2019