# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------------
BERNARD PITTERMAN, ADMINISTRATOR  X
OF THE ESTATE OF M.R.O., ET. AL.        X
                                                    X
                            Plaintiffs,         X
                                                    X        CIVIL ACTION NO.
                                                    X
V.                                                  X        3:14-CV-00967-JCH
                                                    X
GENERAL MOTORS LLC                   X
                                                    X
                            Defendant.         X        January    , 2019
-----------------------------------------------------------------X
```

## PARTIES' JOINT MOTION TO VACATE VERDICT, JUDGMENT AND CERTAIN RULINGS AND ORDERS TO EFFECT TERMS OF SETTLEMENT

The undersigned represent:

1.      On October 25, 2018, the parties jointly filed a Motion For Indicative Ruling To Effect Terms of Settlement. (Docket No. #348). That motion sought an indicative ruling as to whether this court would vacate the following in aid of settlement if the case were remanded to this Court for that purpose:

        a.      Ruling and Supplemental Ruling denying GM LLC's motion for summary judgment regarding the need for expert testimony for warnings claims (Docket Nos. 120, 140);

        b.      Ruling granting Plaintiffs' motion to amend (June 28, 2018 Transcript, Docket Nos. 237, 241, 242 (redacted));

        c.      Verdict and Judgment (Docket Nos. 296, 297, 300, 303);

d.      Ruling and Amended Ruling denying GM LLC's motion to certify questions to the Supreme Court of Connecticut (Docket Nos. 317, 318); and

e.      Orders denying GM LLC's post-trial motions for judgment as a matter of law (Docket Nos. 321, 322).

3.      On December 7, 2018, this Court granted the parties' Joint Motion for an Indicative Ruling and stated "that it would grant a motion to vacate if the Second Circuit remanded for that purpose." (Docket No. 350).

4.      The parties thereafter jointly moved the Second Circuit for a remand to this Court for purposes of vacating the judgment, verdict, and listed rulings and orders, in order to effect the terms of the conditional settlement.

5.      On January 14, 2019, the Second Circuit remanded this case to this Court for purposes of vacating the verdict, judgment, and listed rulings and orders. See attached.

6.      After the vacatur of the verdict, judgment, and listed rulings and orders, the parties will file a stipulation of dismissal, with prejudice, of this action and of the appeal before the Second Circuit.

Thus, the parties jointly move, pursuant to Rule 62(c), F.R.C.P., that this Court vacate the following verdict, judgment, rulings and orders:

a.      Ruling and Supplemental Ruling denying GM LLC's motion for summary judgment regarding the need for expert testimony for warnings claims (Docket Nos. 120, 140);

b.      Ruling granting Plaintiffs' motion to amend (June 28, 2018 Transcript, Docket Nos. 237, 241, 242 (redacted));

c.      Verdict and Judgment (Docket Nos. 296, 297, 300, 303);

d.      Ruling and Amended Ruling denying GM LLC's motion to certify questions to the Supreme Court of Connecticut (Docket Nos. 317, 318); and

e.      Orders denying GM LLC's post-trial motions for judgment as a matter of law (Docket Nos. 321, 322).

**THE PLAINTIFFS,**                                          **THE DEFENDANT**


BY: /s/ Joram Hirsch (w/ consent)                    BY:   /s/ Stephanie A. Douglas
    Joram Hirsch, Esq.                                       Stephanie A. Douglas (*pro hac vice*)
    Adelman Hirsch & Connors, LLP                            Bush, Seyferth & Paige, PLLC
    1000 Lafayette Boulevard                                 3001 West Big Beaver Road, Suite 600
    Bridgeport, CT   06604                                   Troy, MI   48084
    Federal Bar No. - ct06734                                Tele:  (248) 822-7806
    Tele: (203) 331-8888                                     Primary email:  douglas@basplaw.com
    Fax: (203) 333-4650                                      Secondary email:   oneill@bsplaw.com
    Email: jhirsch@ahctriallaw.com

                                                             *And*

                                                             Kent B. Hanson (*pro hac vice*)
                                                             Paul E. Darsow (*pro hac vice*)
                                                             Hanson Bolkcom Law Group
                                                             527 Marquette Avenue, Suite 2300
                                                             Minneapolis,  MN  55402
                                                             Tele:  (612) 342-2880
                                                             Fax:   (612) 642-2899
                                                             Email: khanson@hblawgroup.com
                                                             Email: paul.darsow@hblawgroup.com

                                                             *And*

                                                             Mark J. Claflin (ct06218)

Howd & Ludorf. LLC
65 Whethersfield Avenue
Hartford,  CT  06114-1121
Tele:  (860) 249-1361
Fax: (860) 249-7665
Juris: 28228
Email: mclaflin@hl-law.com

**<u>CERTIFICATION</u>**

This is to certify that a copy of the foregoing has been filed electronically on the date hereof with the United States District Court for the District of Connecticut.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF/ECM system.

Joram Hirsch, Esq.
Adelman Hirsch & Connors, LLP
1000 Lafayette Boulevard
Bridgeport, CT   06604

Mark J. Claflin
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1121

Kent B. Hanson
Paul E. D. Darsow
Hanson Bolkcom Law Group, Ltd.
527 Marquette Avenue, Suite 2300
Minneapolis, MN  55402

/s/ Stephanie A. Douglas____
Stephanie A. Douglas