UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BERNARD PITTERMAN, et al., | : | CASE No.: 3:14cv00967 (JCH) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| GENERAL MOTORS LLC, | : | |
| Defendant. | : | January 18, 2019 |

### STIPULATION DISMISSING THE ACTION WITH PREJUDICE

The parties hereby stipulate, under Rule 41(a)(1)(A)(ii) and in accordance with the terms of the parties' Conditional Confidential Settlement Agreement, to dismiss this action with prejudice and without costs or fees to any party.

SO STIPULATED:

**Plaintiffs**

By: /s/_____ January 16, 2019
Joram Hirsch
ADELMAN HIRSCH & CONNORS, LLP
1000 Lafayette Boulevard
Bridgeport, CT  06604
Federal Bar No. – ct06734
Telephone: (203) 331-8888
E-Mail: jhirsch@ahctriallaw.com

**General Motors, LLC**

By: /s/ Stephanie A. Douglas January 16, 2019
Stephanie A. Douglas (*pro hac vice*)
BUSH SEYFERTH & PAIGE, PLLC
3001 West Big Beaver Road, Suite 600
Troy, MI 48084
Telephone: (248) 822-7806
Primary E-Mail: douglas@bsplaw.com
Secondary E-Mail: oneill@bsplaw.com

*and*

Kent B. Hanson (*pro hac vice*)
Paul E. D. Darsow (*pro hac vice*)
HANSON BOLKCOM LAW GROUP
527 Marquette Avenue, Suite 2300
Minneapolis, MN 55402
Tel: 612.342.2880 / Fax: 612.642.2899
Email: khanson@hblawgroup.com
paul.darsow@hblawgroup.com

*and*

Mark J. Claflin, (ct06218)
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1121
Tel: 860.249.1361
Fax: 860.249.7665
Juris No: 28228
Email: mclaflin@hl-law.com